UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE G. DEROUSEAU; K.M.D., a minor, <br><br>                Plaintiffs, <br><br>-against- <br><br>FAMILY COURT, WESTCHESTER COUNTY; JUDGE ARLENE (GORDON) OLIVER; EVA BUNTING SMITH, ESQ.; ARNOLD SZHERZRNIAK; JASMINE HERNANDEZ, ESQ., <br><br>                Defendants. | 21-CV-8716 (LTS) <br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 31, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that K.M.D.'s claims are dismissed without prejudice, because a non-attorney parent cannot bring claims on behalf of a minor child. The remainder of the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii); *see also Mills v. Fischer*, 645 F.3d 176, 177 (2d Cir. 2011).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 31, 2022
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge